UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80048-Cr-Marra/Matthewman

18 U.S.C. § 922(g)(1)

UNITED STATES OF AMERICA

v.

OCTAVIOUS ANTHONY JOHNSON,

Defendant.
_____/

FILED BY ___TM___ D.C.

Mar 30, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States Attorney charges that:

On or about September 27, 2020, in Palm Beach County, in the Southern District of Florida, the defendant,

**OCTAVIOUS ANTHONY JOHNSON,**

did knowingly possess a firearm, in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm is:

   i.   one (1) Walther Model Q5 SF 9-millimeter handgun.

## CRIMINAL FORFEITURE

Upon conviction of the violation alleged in this Information, the defendant **OCTAVIOUS ANTHONY JOHNSON,** shall forfeit to the United States any firearm and ammunition involved in or used in said violation.

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d), and the procedures outlined at Title 21, United States Code, Section 853.

*[signature]* for
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

*[signature]*
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

OCTAVIOUS ANTHONY JOHNSON,

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami  ___ Key West
___ FTL    ✓ WPB   ___ FTP

New defendant(s)          Yes ___  No ___
Number of new defendants  ___
Total number of counts    ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No ▼
   List language and/or dialect  _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days        ✓
   II   6 to 10 days       ___
   III  11 to 20 days      ___
   IV   21 to 60 days      ___
   V    61 days and over   ___

   (Check only one)
   Petty    ___
   Minor    ___
   Misdem.  ___
   Felony   ✓

6. Has this case previously been filed in this District Court?  (Yes or No)  No ▼
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No ▼
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers:  18-CR-80070-RLR
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  Yes ___  No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___  No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  Yes ___  No ✓

ADAM MCMICHAEL
ASSISTANT UNITED STATES ATTORNEY
FL Bar/Court I.D. No. 0772321

*Penalty Sheet(s) attached

REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. _____

Defendant's Name: **OCTAVIOUS ANTHONY JOHNSON,**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession of a Firearm and Ammunition by Prohibited Person – Convicted Felon | 18 U.S.C. § 922(g)(1) | 10 years' imprisonment<br>$250,000 fine<br>3 years' supervised release<br>$100 Special Assessment |

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>OCTAVIOUS ANTHONY JOHNSON<br><br>*Defendant* | ) <br> ) Case No. 21-80048-Cr-Marra/Matthewman <br> ) <br> ) <br> ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*